UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-187 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| JAYDEN GRIFFIN, | |
| Defendant. | |

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is: Jayden Griffin. Beginning on October 24, 2024, and contuing through November 9, 2024, I sent messages to Epic Games, Inc. where I threatened to kill employees of the company. I intended for the messages to be viewed as a threat at the time that I sent the messages. I sent the threats through the wires by use of the internet from Rapid City, South Dakota. Epic Games, Inc. is headquarted in North Carolina, and therefore affected interstate commerce.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional

information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

09/15/2025
Date

*(signed)* Edward C. Tarbay
EDWARD C. TARBAY
Assistant United States Attorney
515 Ninth Street, Suite 201
Rapid City, SD, 57701
Telephone: (605) 342-7822
Facsimile: (605) 342-1108
E-Mail: Edward.Tarbay@usdoj.gov

9/16-25
Date

*(signed)*
JAYDEN GRIFFIN
Defendant

9/16/25
Date

*(signed)*
PAUL R. WINTER
Attorney for Defendant